FILED

2006 OCT 31  AM 9:41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 06cr0511-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | AMENDED ORDER OF |
| v. | ) | CRIMINAL FORFEITURE |
| | ) | |
| BARDIA RAHIMZADEH (1), | ) | |
| | ) | |
| Defendant. | ) | |

On August 14, 2006, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited all right, title and interest of BARDIA RAHIMZADEH (1) ("Defendant") in the properties listed in the Forfeiture Allegation of the Superseding Indictment, namely:

**FOUR RESIDENTIAL PROPERTIES**

(1) One Residential Property Located at 999 North Pacific Street, Unit A-208, Oceanside, California, more particularly described as:

**ASSESSORS PARCEL NO. 143-170-58-52**

**Parcel No. 1:**

**Unit No. A-208 consisting of certain airspace and surface elements, as shown and described in The Condominium plan ("Plan") for lots 1 and 2 of North Coast Village Condominiums, as shown on a map filed on February 11, 1994, as Map No. 13085, in the office of the San Diego County Recorder, which plan was recorded on February 14, 1994, as File No. 1994-0100073 of Official Records of San Diego County, California ("Official Records");**

(2) One Residential Property Located at 999 North Pacific Street, Unit A-221, Oceanside, California, more particularly described as :

///

|    |    |
|----|----|
| 1  | ASSESSORS PARCEL NO. 143-170-58-65 |
| 2  | Parcel No. 1: |
| 3  | Unit No. A-221, consisting of certain airspace and surface elements, as shown and described in The Condominium Plan ("Plan") for lots 1 and 2 of North Coast Village Condominiums, as shown on a map filed on February 11, 1994, as Map No. 13085, in the Office of the San Diego County Recorder, which plan was recorded on February 14, 1994, as File No. 94-0100073 of Official Records of San Diego County, California; |

(3) One Residential Property Located at 4276 Casa Buena Way, Unit 170, Oceanside, California, more particularly described as:

ASSESSORS PARCEL NO. 158-440-01-14

Parcel 1:

An undivided 1/34th interest in and to lot 8 of Mission View unit No. IV, in the City of Oceanside, County of San Diego, State of California, according to map thereof No. 11091, filed in the Office of the County Recorder of San Diego County, on November 28, 1984;

(4) One Residential Property Located at 568 Crestwood Drive, Oceanside, California, more particularly described as:

ASSESSORS PARCEL NO. 146-351-04-00

Lot 9 of Vista Del Rio, in the City of Oceanside, County of San Diego, State of California, as shown on Map thereof No. 14252, file July 31, 2001, in the Office of the County Recorder.

## CASH/BANK AND OTHER ACCOUNTS

(5) $87,676.06 obtained from Wells Fargo Bank Account (xxxx6026);

(6) $4,052.18 obtained from Wells Fargo Bank Account (xxxx9536);

(7) $36,549.37 obtained from Bank of America Account (xxxx5097) in the name of defendant BARDIA RAHIMZADEH, aka Bart Ramsey, aka Bart;

(8) $33,195.71 obtained from Charles Schwab Account (xxxx5089) in the name of defendant BARDIA RAHIMZADEH, aka Bart Ramsey, aka Bart;

## VEHICLES

(9) 2006 Toyota Sienna bearing California license plate 5RTK251 and vehicle information number (VIN) 5TDZA23C36S393309;

(10) 2005 Mercedes Benz, bearing Washington State 325-UJB and vehicle information number (VIN) WDBUF76J75A698745.

///

///

2. The real property located at 568 Crestwood Drive, Oceanside, California, was forfeited previously pursuant to the plea agreement and Amended Order of Criminal Forfeiture as to Defendant's co-defendant, Vincent Suetos (2), filed on August 30, 2006.

3. On August 18, 25 and September 1, 2006, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the properties.

4. On August 17, 2006, Notice of Order of Forfeiture was sent by certified mail as follows:

| Name and Address | Article No. | Result |
| --- | --- | --- |
| Diego Holdings<br>Mithril Management Inc., Trustee<br>1894 SE Sedgewick Road, #104-111<br>Port Orchard, WA 98366 | 7004 2510 0003 3016 6354 | Signed for as received on or about 8/21/06 |
| James Kimmons<br>Toyota Motor Credit Corporation<br>Lexus Financial Services<br>3200 West Ray Road<br>Chandler AZ 85226 | 7004 2510 0003 3016 6316 | Signed for as received on 8/21/06 |
| Toyota Carlsbad Collision Center<br>6030 Avenida Encinas<br>Carlsbad CA 92011 | 7004 2510 0003 3016 6330 | Signed for as received on or about 8/21/06 |
| Countrywide Home Loans, Inc.<br>c/o The Prentice-Hall Corp. System, Inc.<br>Agent for Service of Process<br>P.O. Box 526036<br>Sacramento CA 95852-6036 | 7004 2510 0003 3016 6347 | Signed for as received on 8/21/06 |
| Sierra Pacific Mortgage Co., Inc.<br>c/o National Registered Agents, Inc.<br>Agent for Service of Process<br>2030 Main Street, Suite 1030<br>Irvine CA 92614 | 7004 2510 0003 3016 6323 | Signed for as received on or about 8/18/06 |
| Name and Address | Article No. | Result |
| Wells Fargo Bank, N.A.<br>c/o CSC - Lawyers Incorporating Service<br>Agent for Service of Process<br>P.O. Box 526036<br>Sacramento CA 95852-6036 | 7004 2510 0003 3016 6309 | Signed for as received on 8/21/06 |

5. Diego Holdings, with Mithril Management Inc. as the trustee, is the titleholder of the three real properties referenced above: 999 North Pacific Street, Unit A-208, 999 North Pacific Street, Unit A-221, and 4276 Casa Buena Way, Unit 170. To date, Diego Holdings has not filed a petition for a hearing to adjudicate the validity of its alleged interest in any of these properties. Therefore, any interest it may have in these properties is hereby forfeited by default.

6. The United States recognizes the validity and priority of the interest of the following lienholders in the assets noted:

| Forfeited Asset | Lienholder |
|---|---|
| 999 North Pacific Street, Unit A-221, Oceanside, California | Wells Fargo Bank, N.A. |
| 4276 Casa Buena Way, Unit 170, Oceanside, California | Countrywide Home Loans, Inc. |
| 2006 Toyota Sienna | Toyota Motor Credit Corp. |

The United States reserves the right to pay at any time following the entry of the Amended Order of Criminal Forfeiture the amount of the secured interest of any or all of the above lienholders in their respective assets.

7. Thirty (30) days have passed following the final date of notice by publication and notice by certified mail, and no third party has filed a petition on the forfeited properties described above except as noted in paragraph 6.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party except those referenced above to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of BARDIA RAHIMZADEH (1) and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

(1) One Residential Property Located at 999 North Pacific Street, Unit A-208, Oceanside, California, more particularly described as:

ASSESSORS PARCEL NO. 143-170-58-52

Parcel No. 1:

Unit No. A-208 consisting of certain airspace and surface elements, as shown and described in The Condominium plan ("Plan") for lots 1 and 2 of North

|   |   |
|---|---|
| 1 | Coast Village Condominiums, as shown on a map filed on February 11, 1994, as Map No. 13085, in the office of the San Diego County Recorder, which plan was recorded on February 14, 1994, as File No. 1994-0100073 of Official Records of San Diego County, California ("Official Records"); |

   (2) One Residential Property Located at 999 North Pacific Street, Unit A-221, Oceanside, California, more particularly described as :

**ASSESSORS PARCEL NO. 143-170-58-65**

Parcel No. 1:

Unit No. A-221, consisting of certain airspace and surface elements, as shown and described in The Condominium Plan ("Plan") for lots 1 and 2 of North Coast Village Condominiums, as shown on a map filed on February 11, 1994, as Map No. 13085, in the Office of the San Diego County Recorder, which plan was recorded on February 14, 1994, as File No. 94-0100073 of Official Records of San Diego County, California;

   (3) One Residential Property Located at 4276 Casa Buena Way, Unit 170, Oceanside, California, more particularly described as:

**ASSESSORS PARCEL NO. 158-440-01-14**

Parcel 1:

An undivided $1/34^{th}$ interest in and to lot 8 of Mission View unit No. IV, in the City of Oceanside, County of San Diego, State of California, according to map thereof No. 11091, filed in the Office of the County Recorder of San Diego County, on November 28, 1984;

   (4) $87,676.06 obtained from Wells Fargo Bank Account (xxxx6026);

   (5) $4,052.18 obtained from Wells Fargo Bank Account (xxxx9536);

   (6) $36,549.37 obtained from Bank of America Account (xxxx5097) in the name of defendant BARDIA RAHIMZADEH, aka Bart Ramsey, aka Bart;

   (7) $33,195.71 obtained from Charles Schwab Account (xxxx5089) in the name of defendant BARDIA RAHIMZADEH, aka Bart Ramsey, aka Bart;

   (8) 2006 Toyota Sienna bearing California license plate 5RTK251 and vehicle information number (VIN) 5TDZA23C36S393309;

   (9) 2005 Mercedes Benz, bearing Washington State 325-UJB and vehicle information number (VIN) WDBUF76J75A698745.

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, the Drug Enforcement Administration, the Internal Revenue Service and any other governmental agencies which were incident to the seizure, custody and storage of the above-referenced properties be the first charge against the forfeited properties; and

1    IT IS FURTHER ORDERED that the United States Marshals Service shall have the authority to evict any and all occupants of the above-referenced real properties if and when necessary; and

   IT IS FURTHER ORDERED that the United States Marshals Service and Internal Revenue Service (IRS) to dispose of the properties forthwith in accordance with the law. The assets under the custodianship of the IRS or the proceeds from the sale thereof shall be deposited into the Treasury Forfeiture Fund in accordance with law.

   IT IS FURTHER ORDERED that the Clerk is directed to send copies of this Order to all counsel of record and the United States Marshal and the Internal Revenue Service.

DATED: 10/29/06

_____
LARRY A. BURNS, Judge
United States District Court

Submitted by:

CAROL C. LAM
United States Attorney

_____
SHERRI WALKER HOBSON
Attorney for Plaintiff
E-mail: sherri.hobson@usdoj.gov

Amended Order of Criminal Forfeiture
United States v. BARDIA RAHIMZADEH (1)
Case No. 06cr0511-LAB