☙AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED
06 NOV 27 AM 9:21
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA


BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
BARDIA RAHIMZADEH (1) aka Bart Ramsey, aka Bart

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 06CR00511-LAB

EUGENE IREDALE, RETAINED
Defendant's Attorney

REGISTRATION NO. 92930022

☐

THE DEFENDANT:
☒ pleaded guilty to count(s)   2S,4S,11S,14S,15S OF THE FIRST SUPERSEDING INDICTMENT

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 841(a)(1) and 18 USC 2 | Manufacture of Marijuana Plants and Aiding and Abetting | 2S |
| 18 USC 1956(h) | Conspiracy to Launder Money | 4S,11S |
| 18 USC 1956(h) | Conspiracy to Launder Money | 14S-15S |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s)  The underlying indictment and counts   is ☐ are ☒ dismissed on the motion of the United States.

☒ Assessment: $100.00 as to each count for a total of $600.00

☒ No fine     ☒ Property forfeited pursuant to order filed __10/31/06__ , included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

NOVEMBER 20, 2006
Date of Imposition of Sentence

HON. LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

Entered Date:

06CR00511-LAB

AO 245B    (Rev. 9/00) Judgment in Criminal Case
    Sheet 2 — Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT: BARDIA RAHIMZADEH (1) aka Bart Ramsey, aka Bart
CASE NUMBER: 06CR00511-LAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

60 months on each count, concurrent

[x] The court makes the following recommendations to the Bureau of Prisons:

The defendant shall be placed in a Camp-Site within the Western Region if eligible. The defendant shall participate in the 500 hour drug program.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

[ ] at _____ [ ] a.m. [ ] p.m. on _____ .

as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[ ] before _____

[ ] as notified by the United States Marshal.

[ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page __3__ of __4__

DEFENDANT: BARDIA RAHIMZADEH (1) aka Bart Ramsey, aka Bart
CASE NUMBER: 06CR00511-LAB

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

4 years as to count 2, concurrent with each other and with count 2

## MANDATORY CONDITIONS

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).

*For offenses committed on or after September 13, 1994*:

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than ____4____ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

06CR00511-LAB

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 3 — Continued 2 — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT: BARDIA RAHIMZADEH (1) aka Bart Ramsey, aka Bart
CASE NUMBER: 06CR00511-LAB

## SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[ ] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[ ] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer or any police officer.

[ ] Not transport, harbor, or assist undocumented aliens.

[ ] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[ ] Not enter the Republic of Mexico without written permission of the Court or probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Participate in a mental health treatment program as directed by the probation office.

[x] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[x] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within _____ days.

[ ] Complete _____ hours of community service in a program approved by the probation officer within

[ ] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of _____ commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of _____, except while working at verifiable employment, attending religious services or undergoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[ ] Comply with the conditions of the Home Confinement Program for a period of _____ months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

[x] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer.

06CR00511-LAB

FILED

2006 OCT 31  AM 9: 41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BARDIA RAHIMZADEH (1), <br><br> Defendant. | Case No. 06cr0511-LAB <br><br> AMENDED ORDER OF CRIMINAL FORFEITURE |

On August 14, 2006, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited all right, title and interest of BARDIA RAHIMZADEH (1) ("Defendant") in the properties listed in the Forfeiture Allegation of the Superseding Indictment, namely:

### FOUR RESIDENTIAL PROPERTIES

(1) One Residential Property Located at 999 North Pacific Street, Unit A-208, Oceanside, California, more particularly described as:

**ASSESSORS PARCEL NO. 143-170-58-52**

Parcel No. 1:

Unit No. A-208 consisting of certain airspace and surface elements, as shown and described in The Condominium plan ("Plan") for lots 1 and 2 of North Coast Village Condominiums, as shown on a map filed on February 11, 1994, as Map No. 13085, in the office of the San Diego County Recorder, which plan was recorded on February 14, 1994, as File No. 1994-0100073 of Official Records of San Diego County, California ("Official Records");

(2) One Residential Property Located at 999 North Pacific Street, Unit A-221, Oceanside, California, more particularly described as :

///

ASSESSORS PARCEL NO. 143-170-58-65

Parcel No. 1:

Unit No. A-221, consisting of certain airspace and surface elements, as shown and described in The Condominium Plan ("Plan") for lots 1 and 2 of North Coast Village Condominiums, as shown on a map filed on February 11, 1994, as Map No. 13085, in the Office of the San Diego County Recorder, which plan was recorded on February 14, 1994, as File No. 94-0100073 of Official Records of San Diego County, California;

(3) One Residential Property Located at 4276 Casa Buena Way, Unit 170, Oceanside, California, more particularly described as:

ASSESSORS PARCEL NO. 158-440-01-14

Parcel 1:

An undivided 1/34th interest in and to lot 8 of Mission View unit No. IV, in the City of Oceanside, County of San Diego, State of California, according to map thereof No. 11091, filed in the Office of the County Recorder of San Diego County, on November 28, 1984;

(4) One Residential Property Located at 568 Crestwood Drive, Oceanside, California, more particularly described as:

ASSESSORS PARCEL NO. 146-351-04-00

Lot 9 of Vista Del Rio, in the City of Oceanside, County of San Diego, State of California, as shown on Map thereof No. 14252, file July 31, 2001, in the Office of the County Recorder.

**CASH/BANK AND OTHER ACCOUNTS**

(5) $87,676.06 obtained from Wells Fargo Bank Account (xxxx6026);

(6) $4,052.18 obtained from Wells Fargo Bank Account (xxxx9536);

(7) $36,549.37 obtained from Bank of America Account (xxxx5097) in the name of defendant BARDIA RAHIMZADEH, aka Bart Ramsey, aka Bart;

(8) $33,195.71 obtained from Charles Schwab Account (xxxx5089) in the name of defendant BARDIA RAHIMZADEH, aka Bart Ramsey, aka Bart;

**VEHICLES**

(9) 2006 Toyota Sienna bearing California license plate 5RTK251 and vehicle information number (VIN) 5TDZA23C36S393309;

(10) 2005 Mercedes Benz, bearing Washington State 325-UJB and vehicle information number (VIN) WDBUF76J75A698745.

///

///

2.    The real property located at 568 Crestwood Drive, Oceanside, California, was forfeited previously pursuant to the plea agreement and Amended Order of Criminal Forfeiture as to Defendant's co-defendant, Vincent Suetos (2), filed on August 30, 2006.

3.    On August 18, 25 and September 1, 2006, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the properties.

4.    On August 17, 2006, Notice of Order of Forfeiture was sent by certified mail as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| Diego Holdings<br>Mithril Management Inc., Trustee<br>1894 SE Sedgewick Road, #104-111<br>Port Orchard, WA 98366 | 7004 2510 0003 3016 6354 | Signed for as received on or about 8/21/06 |
| James Kimmons<br>Toyota Motor Credit Corporation<br>Lexus Financial Services<br>3200 West Ray Road<br>Chandler AZ 85226 | 7004 2510 0003 3016 6316 | Signed for as received on 8/21/06 |
| Toyota Carlsbad Collision Center<br>6030 Avenida Encinas<br>Carlsbad CA 92011 | 7004 2510 0003 3016 6330 | Signed for as received on or about 8/21/06 |
| Countrywide Home Loans, Inc.<br>c/o The Prentice-Hall Corp. System, Inc.<br>Agent for Service of Process<br>P.O. Box 526036<br>Sacramento CA 95852-6036 | 7004 2510 0003 3016 6347 | Signed for as received on 8/21/06 |
| Sierra Pacific Mortgage Co., Inc.<br>c/o National Registered Agents, Inc.<br>Agent for Service of Process<br>2030 Main Street, Suite 1030<br>Irvine CA 92614 | 7004 2510 0003 3016 6323 | Signed for as received on or about 8/18/06 |

| Name and Address | Article No. | Result |
|---|---|---|
| Wells Fargo Bank, N.A.<br>c/o CSC - Lawyers Incorporating Service<br>Agent for Service of Process<br>P.O. Box 526036<br>Sacramento CA 95852-6036 | 7004 2510 0003 3016 6309 | Signed for as received on 8/21/06 |

5. Diego Holdings, with Mithril Management Inc. as the trustee, is the titleholder of the three real properties referenced above: 999 North Pacific Street, Unit A-208, 999 North Pacific Street, Unit A-221, and 4276 Casa Buena Way, Unit 170. To date, Diego Holdings has not filed a petition for a hearing to adjudicate the validity of its alleged interest in any of these properties. Therefore, any interest it may have in these properties is hereby forfeited by default.

6. The United States recognizes the validity and priority of the interest of the following lienholders in the assets noted:

| Forfeited Asset | Lienholder |
|---|---|
| 999 North Pacific Street, Unit A-221, Oceanside, California | Wells Fargo Bank, N.A. |
| 4276 Casa Buena Way, Unit 170, Oceanside, California | Countrywide Home Loans, Inc. |
| 2006 Toyota Sienna | Toyota Motor Credit Corp. |

The United States reserves the right to pay at any time following the entry of the Amended Order of Criminal Forfeiture the amount of the secured interest of any or all of the above lienholders in their respective assets.

7. Thirty (30) days have passed following the final date of notice by publication and notice by certified mail, and no third party has filed a petition on the forfeited properties described above except as noted in paragraph 6.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party except those referenced above to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of BARDIA RAHIMZADEH (1) and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

(1) One Residential Property Located at 999 North Pacific Street, Unit A-208, Oceanside, California, more particularly described as:

**ASSESSORS PARCEL NO. 143-170-58-52**

Parcel No. 1:

Unit No. A-208 consisting of certain airspace and surface elements, as shown and described in The Condominium plan ("Plan") for lots 1 and 2 of North

Coast Village Condominiums, as shown on a map filed on February 11, 1994, as Map No. 13085, in the office of the San Diego County Recorder, which plan was recorded on February 14, 1994, as File No. 1994-0100073 of Official Records of San Diego County, California ("Official Records");

(2) One Residential Property Located at 999 North Pacific Street, Unit A-221, Oceanside, California, more particularly described as:

**ASSESSORS PARCEL NO. 143-170-58-65**

Parcel No. 1:

Unit No. A-221, consisting of certain airspace and surface elements, as shown and described in The Condominium Plan ("Plan") for lots 1 and 2 of North Coast Village Condominiums, as shown on a map filed on February 11, 1994, as Map No. 13085, in the Office of the San Diego County Recorder, which plan was recorded on February 14, 1994, as File No. 94-0100073 of Official Records of San Diego County, California;

(3) One Residential Property Located at 4276 Casa Buena Way, Unit 170, Oceanside, California, more particularly described as:

**ASSESSORS PARCEL NO. 158-440-01-14**

Parcel 1:

An undivided 1/34th interest in and to lot 8 of Mission View unit No. IV, in the City of Oceanside, County of San Diego, State of California, according to map thereof No. 11091, filed in the Office of the County Recorder of San Diego County, on November 28, 1984;

(4) $87,676.06 obtained from Wells Fargo Bank Account (xxxx6026);

(5) $4,052.18 obtained from Wells Fargo Bank Account (xxxx9536);

(6) $36,549.37 obtained from Bank of America Account (xxxx5097) in the name of defendant BARDIA RAHIMZADEH, aka Bart Ramsey, aka Bart;

(7) $33,195.71 obtained from Charles Schwab Account (xxxx5089) in the name of defendant BARDIA RAHIMZADEH, aka Bart Ramsey, aka Bart;

(8) 2006 Toyota Sienna bearing California license plate 5RTK251 and vehicle information number (VIN) 5TDZA23C36S393309;

(9) 2005 Mercedes Benz, bearing Washington State 325-UJB and vehicle information number (VIN) WDBUF76J75A698745.

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, the Drug Enforcement Administration, the Internal Revenue Service and any other governmental agencies which were incident to the seizure, custody and storage of the above-referenced properties be the first charge against the forfeited properties; and

1  IT IS FURTHER ORDERED that the United States Marshals Service shall have the
2  authority to evict any and all occupants of the above-referenced real properties if and when
3  necessary; and
4  IT IS FURTHER ORDERED that the United States Marshals Service and Internal Revenue
5  Service (IRS) to dispose of the properties forthwith in accordance with the law. The assets under
6  the custodianship of the IRS or the proceeds from the sale thereof shall be deposited into the
7  Treasury Forfeiture Fund in accordance with law.
8  IT IS FURTHER ORDERED that the Clerk is directed to send copies of this Order to all
9  counsel of record and the United States Marshal and the Internal Revenue Service.

10  DATED: 10/29/06

LARRY A. BURNS, Judge
United States District Court

Submitted by:

CAROL C. LAM
United States Attorney

SHERRI WALKER HOBSON
Attorney for Plaintiff
E-mail: sherri.hobson@usdoj.gov

Amended Order of Criminal Forfeiture
United States v. BARDIA RAHIMZADEH (1)
Case No. 06cr0511-LAB

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 06CR511-LAB |
| vs | ) | ABSTRACT OF ORDER |
| Barvia Rahimzadeh (1) | ) | Booking No. 92930022 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __11/20/06__ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

__✓__ Defendant remanded and ( __✓__ bond) ( _____ bond on appeal) **exonerated.**

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

LARRY A. BURNS
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

Received T. Merrell
DUSM

Crim-9   (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY